# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
JAN 10 2007
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:06cr00037 |
| v. | ORDER |
| MARIO ALONSO ESTRADA-AYALA, *Defendant* | JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(3), for proposed findings of fact and a recommended disposition. Judge Crigler filed his Report and Recommendation ("Report") on November 9, 2006, recommending that this Court accept Defendant's plea of guilty to Counts Two and Four of the indictment and adjudge him guilty of those offenses.

After a careful review of the record and no objection having been filed to the Report within ten days of its service upon the parties, this Court ADOPTS the report in its entirety, FINDS the Defendant guilty of Counts Two and Four of the indictment, ADJUDGES him guilty of those offenses, and DISMISSES Counts One and Three of the indictment. A presentence report in this matter shall be PREPARED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to the Defendant.

ENTERED: _____
United States District Judge

Jan. 10, 2007
Date